*Kayongo, Petitioner, v. DV Props., Respondent*, No. 92400-7. Petition for review of a decision of the Court of Appeals, No. 72341-3-I, September 14, 2015, 190 Wn. App. 1005. *Denied* March 30, 2016.

*Severson et al., Respondents, v. Clinefelter et al., Petitioners*, No. 92404-0. Petition for review of a decision of the Court of Appeals, No. 45596-0-II, September 22, 2015, 190 Wn. App. 1012. *Denied* March 30, 2016.

*Baker, Petitioner, v. Hawkins et al., Respondents*, No. 92418-0. Petition for review of a decision of the Court of Appeals, No. 33228-4-III, September 22, 2015, 190 Wn. App. 323. *Denied* March 30, 2016.

*Linth et al., Petitioners, v. Gay et al., Respondents*, No. 92419-8. Petition for review of a decision of the Court of Appeals, Nos. 45250-2-II and 45590-1-II, May 22, 2015, 190 Wn. App. 331. *Denied* March 30, 2016.

*Foss Mar. Co., Respondent, v. Brandewiede et al., Petitioners*, No. 92422-8. Petition for review of a decision of the Court of Appeals, No. 71611-5-I, September 14, 2015, 190 Wn. App. 186. *Denied* March 30, 2016.

*State, Respondent, v. Thompson, Petitioner*, No. 92437-6. Petition for review of a decision of the Court of Appeals, No. 46012-2-II, October 27, 2015, 190 Wn. App. 838. *Denied* March 30, 2016.

*State, Respondent, v. Bautista-Gonzalez, Petitioner*, No. 92440-6. Petition for review of a decision of the Court of Appeals, No. 71928-9-I, September 21, 2015, 190 Wn. App. 1008. *Denied* March 30, 2016.

*Sterling Sav. Bank, Petitioner, v. Xu et al., Respondents*, No. 92441-4. Petition for review of a decision of the Court of Appeals, Nos. 72146-6-I and 72149-6-I, September 28, 2015, 190 Wn. App 1017. *Denied* March 30, 2016.